U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 1 3 2017

TONY R. MOORE, CLERK
BY: _____ M3
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA    DIVISION

SAVALAS RICHARSON ET AL   Civil Action No. 1:17-CV-00122 SEC. P
_____
            Plaintiff

Prisoner #      626480

VS.                                          Judge    TRIMBLE

LASALLE CORRECTIONS CORP. ET AL   Magistrate Judge   PEREZ MONTES
            Defendant

## COMPLAINT
## PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

**I.    Previous Lawsuits**

a.    Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes [    ]    No [ ✓ ]

b.    If your answer to the preceding question is "Yes," provide the following information.

1.    State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

_____ N/A _____

_____

2.    Name the parties to the previous lawsuit(s):

Plaintiffs: _____ N/A _____

Defendants: _____

3.    Docket number(s): _____

4.    Date(s) on which each lawsuit was filed: _____

5.    Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_____

_____

Page 1 of 4

*(Rev. 5/1/13)*

c.  Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes ☐    No ☑

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

II.  a.  **Name of institution and address of current place of confinement:**

WINN CORRECTIONAL CENTER, P.O. BOX 1435, WINNFIELD, LA. 71483

b.  Is there a prison grievance procedure in this institution?

Yes ☑    No ☐

1.  Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ☑    No ☐

2.  If you did not file an administrative grievance, explain why you have not done so.

_____

3.  If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.  **Parties to Current Lawsuit:**

a.  Plaintiff,    SAVALAS RICHARDSON  ET AL

Address    SEE ORIGINAL COMPLAINT

Page 2 of 4

(Rev. 5/1/13)

b.    Defendant, _SEE ORIGINAL COMPLAINT_, is employed as

_____ at _____.

Defendant, _____, is employed as

_____ at _____.

Defendant, _____, is employed as

_____ at _____.

Additional defendants, _____

_____

## IV.    Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

_SEE ORIGINAL COMPLAINT_

*(Rev. 5/1/13)*

**V.     Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

SEE ORIGINAL COMPLAINT

**VI.    Plaintiff's Declaration**

a.    I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.    I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.    If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this  30  day of  JANUARY  , 20  17  .

_____626480_____     _Savalas Richardson_
**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**     **Signature of Plaintiff**